IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JOHN RUSH, #270-927            :
Petitioner
                               :
    v.                                 CIVIL ACTION NO.  DKC-05-1882
                               :
MARYLAND PAROLE COMM'N
Defendant                      :

oo00oo

**MEMORANDUM**

Before the Court is a petition for writ of habeas corpus filed by John Rush, a Maryland state prisoner, in which he appears to contest the calculation of his mandatory parole release date. Petitioner has also filed a motion for leave to proceed in forma pauperis.  The motion to proceed in forma pauperis will be granted in a separate order.

Upon careful review of the petition, the Court concludes that Petitioner needs to clarify the allegations raised and the relief requested in his habeas application.  Accordingly, the Court will grant Petitioner thirty days to supplement the petition. Petitioner should include information in his supplement to address: 1) the date of his mandatory release as calculated by the Maryland Parole Commission and the reasons why Petitioner believes this date is incorrect; 2) how the state tort claim, state habeas action, and motion for mandamus in state court referenced in the petition affect the calculation of the release date; and 3) what due process protections were denied him.  Petitioner is cautioned that failure to submit a timely supplement may result in dismissal of the petition without prejudice. A separate order consistent with this Memorandum follows.

                                              /s/
                                        DEBORAH K. CHASANOW
                                        United States District Judge